# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.J. individually and as parent and natural guardian of G.S. and C.J., minors,<br><br>    Plaintiffs,<br><br>    v.<br><br>LUZERNE COUNTY, *et al.*,<br><br>    Defendants. | NO. 3:17-CV-1443<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 25th day of April, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 35) filed by Defendants Luzerne County, Luzerne County Children and Youth Services, Jesse Goshert, and Maryann Rambus is **GRANTED in part and DENIED in part**.

    (A) Plaintiffs' vicarious liability claim against the County and LCCYS in Count Four of the Amended Complaint is **DISMISSED with prejudice**.

    (B) County Defendants' motion is **DENIED** in all other respects.

(2) The Motion for Partial Dismissal (Doc. 37) filed by Concern-Professional Services for Children, Youth, and Families, Lisa Ross, and Kathy Sheridan is **GRANTED in part and DENIED in part**.

    (A) Plaintiffs' vicarious liability claim against Concern for Kathy Ryan's actions in Count Four of the Amended Complaint is **DISMISSED with prejudice**.

    (B) Concern Defendants' motion is **DENIED** in all other respects.

(3) Defendant Kathy Ryan's Motion to Dismiss (Doc. 38) is **DENIED**.

(4) Defendants shall file Answers to the Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                                        /s/ A. Richard Caputo
                                                                        A. Richard Caputo
                                                                        United States District Judge